UNITED STATES BANKRUPTCY COURT　　　　　RETURN DATE:　　FEBRUARY 6, 2018
EASTERN DISTRICT OF NEW YORK　　　　　　TIME:　　　　　　10:30 A.M.
------------------------------------------------------------X

In Re:　　　　　　　　　　　　　　　　　　　Chapter 7

Frank Vincent Belmonte,　　　　　　　　　　Case No. 817-73721-735

　　　　　　Debtor.　　　　　　　　　　　　Notice of Hearing

------------------------------------------------------------X

　　　　　PLEASE TAKE NOTICE, that on February 6, 2018 at 10:30 a.m. the undersigned will move before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 760, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order: (a) compelling the Debtor to cooperate with the Trustee and his brokers with respect to the marketing and sale of the Debtor's real property located at 23 Gary Road, Syosset, New York (the "Real Property"); and (b) such other and further relief as this Court deems just and proper.

　　　　　PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

　　　　　PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case

number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Alan S. Trust, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before February 1, 2018.

Dated: Garden City, New York
       January 8, 2018

                                    Weinberg, Gross & Pergament LLP
                                    Attorneys for Trustee

By: _____
                                    Marc A. Pergament
                                    400 Garden City Plaza, Suite 403
                                    Garden City, New York  11530
                                    (516) 877-2424