| UNITED STATES BANKRUPTCY COURT | PRESENTMENT DATE: | JANUARY 30, 2018 @ 9:30 A.M. |
|---|---|---|
| EASTERN DISTRICT OF NEW YORK | OBJECTIONS, IF ANY, DUE: | JANUARY 26, 2018 @ 9:30 A.M. |
| | HEARING, IF OBJECTIONS FILED: | TO BE DETERMINED |

-----------------------------------------------------------X

In Re:                                                                  Chapter 7

Frank Vincent Belmonte,                                   Case No. 817-73721-735

                                    Debtor.

-----------------------------------------------------------X

### Notice of Presentment of an Order Authorizing the Trustee to Retain Premium Group Realty LLC and DeCarolis Realty, LLC as the Trustee's Real Estate Brokers

PLEASE TAKE NOTICE, that upon the motion (the "Motion") of Marc A. Pergament, the Chapter 7 Trustee (the "Trustee") of the estate of Frank Vincent Belmonte (the "Debtor"), by his attorneys, Weinberg, Gross & Pergament LLP, the Trustee will seek an Order: (a) authorizing Marc A. Pergament, Chapter 7 Trustee, to retain Premium Group Realty LLC and DeCarolis Realty, LLC *nunc pro tunc* as of September 12, 2017 as the Trustee's co-exclusive real estate brokers; and (b) grant such other and further relief as this Court deems just and proper, and the Order will be presented to the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Room 760, Central Islip, New York 11722 on January 30, 2018 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE, that objections to the Trustee's application, if any, must be filed as follows:  (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website:  www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection

refers, and the file name on the outside of the envelope. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Alan S. Trust, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention:  Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York  11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before January 26, 2018.

PLEASE TAKE FURTHER NOTICE, that in the event anyone wishes to review the Motion, such party may do so by contacting the undersigned.

**Please be advised that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the movant.**

Dated: Garden City, New York
　　　 January 2, 2018

<div style="text-align: right">

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

</div>

By: _____

<div style="margin-left: 40%">

Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York  11530
(516) 877-2424

</div>