UNITED STATES BANKRUPTCY COURT     RETURN DATE:   MARCH 20, 2018
EASTERN DISTRICT OF NEW YORK       TIME:   10:30 A.M.
-----------------------------------------------------------X

In Re:                                             Chapter 7

Frank Vincent Belmonte,                   Case No. 817-73721-735

        Debtor.                              Objection

-----------------------------------------------------------X

        Marc A. Pergament, Chapter 7 Trustee of the above-referenced Debtor, by his attorneys, Weinberg, Gross & Pergament LLP, as and for his Objection to the first mortgagee's motion to vacate the automatic stay (ECF No. 32) represents as follows:

        1.     On or about June 19, 2017 the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

        2.     Marc A. Pergament was appointed Trustee and duly qualified as such.

        3.     The Trustee has finalized a contract to sell the real property to a third party and requests an adjournment of the motion for sixty (60) days to obtain short sale approval.

        4.     It is hereby requested that this Honorable Court adjourn the first mortgagee's motion seeking to vacate the automatic stay for sixty (60) days.

Dated:   Garden City, New York
          March 19, 2018

                                      Weinberg, Gross & Pergament LLP
                                      Attorneys for Trustee
                  By:  _____
                                      Marc A. Pergament
                                      400 Garden City Plaza, Suite 403
                                      Garden City, New York  11530
                                      (516) 877-2424